IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY L. RANDOLPH                                                                                    PLAINTIFF

v.                                              NO. 4:10CV00768 JLH

FREDERICK S. WETZEL, III, P.A.,
and FREDERICK S. WETZEL, III                                                                       DEFENDANTS

## ORDER

The defendants filed a motion for summary judgment on March 15, 2011. Pursuant to Local Rule 56.1(d), Local Rule 7.2(b), and Rule 6 of the Federal Rules of Civil Procedure, a response was due on April 1, 2011. No response has been filed. A response must be filed on or before April 11, 2011, or the Court will assume that the motion for summary judgment is unopposed and will act accordingly.

IT IS SO ORDERED this 4th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE