# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RODNEY L. RANDOLPH                                                                                      PLAINTIFF

v.                                              No. 4:10CV00768 JLH

FREDERICK S. WETZEL, III, P.A.,
and FREDERICK S. WETZEL, III                                                                  DEFENDANTS

## ORDER

Rodney L. Randolph brought this action against the defendants for alleged violations of the Fair Debt Collection Practices Act and other state law claims. On March 15, 2011, the defendants filed a motion for summary judgment in which they provided evidence indicating that they are entitled to summary judgment on all of Randolph's claims. Randolph did not file a timely response to the motion for summary judgment, so on April 4, 2011, the Court entered an order directing him to file a response on or before April 11, 2011. That order stated that if Randolph failed to file a response on or before April 11, 2011, the Court would assume that he did not oppose the motion for summary judgment and would act accordingly.

Because the defendants have presented a prima facie case of entitlement to summary judgment, and because Randolph has not responded, the motion for summary judgment is GRANTED. Document #13.

IT IS SO ORDERED this 13th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE