**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RODNEY L. RANDOLPH                                                                    PLAINTIFF

v.                                            No. 4:10CV00768 JLH

FREDERICK S. WETZEL, III, P.A.,
and FREDERICK S. WETZEL, III                                                   DEFENDANTS

### JUDGMENT

Pursuant to the Order entered separately today, the claims of Rodney L. Randolph against

Frederick S. Wetzel, III, P.A., and Frederick S. Wetzel, III, are dismissed with prejudice.

IT IS SO ORDERED this 13th day of April, 2011.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE